1
2
3
4          UNITED STATES DISTRICT COURT
5          DISTRICT OF NEVADA
6                    * * *
7   ROBERT KUNHART,                )
                                    )        2:11-CV-00236-PMP-RJJ
8          Plaintiff,               )
                                    )
9   vs.                             )        **ORDER**
                                    )
10  CHIEF JUDGE ROGER L. HUNT,      )
                                    )
11         Defendant.               )
                                    )
12  ──────────────────────────────

13         The Court having conducted a *de novo* review of the proceedings resulting

14  in the Report and Recommendation of United States Magistrate Judge Robert J.

15  Johnston (Doc. #3) entered March 3, 2011, and finding that the Recommendation is

16  sound on the basis of the law and facts applicable in this case, and good cause

17  appearing,

18         **IT IS ORDERED that** the Report and Recommendation of United States

19  Magistrate Judge Robert J. Johnston (Doc. #3) is hereby **AFFIRMED**.

20         **IT IS FURTHER ORDERED** that Plaintiff's Motion for Application to

21  Proceed *in forma pauperis* (Doc. #4) is **GRANTED**.

22         **IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. #1) is

23  hereby **DISMISSED** with prejudice.

24  DATED: March 18, 2011.

25
26
                                    ─────────────────────────────
                                    PHILIP M. PRO
                                    United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26